IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATIEDRA ARGRO,**<br>        **Plaintiff,**<br><br>     v.<br><br>**MARRIOTT INTERNATIONAL, INC.,**<br>**DETROIT HOTEL SERVICES, LLC,**<br>**MARRIOTT HOTEL SERVICES, INC.,**<br>**and LOEWENSTEIN, INC.,**<br>        **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  13-5507 |

## O R D E R

**AND NOW**, this 6th day of June, 2014, upon consideration of Marriott Defendants' Motion to Dismiss and Marriott Defendants' and Detroit Hotel Services, LLC's Motion to Transfer (Document No. 3, filed October 17, 2014), Defendant Lowenstein, Inc.'s Motion to Join in Defendant Marriott International, Inc. and Marriott Hotel Services, Inc.'s Motion to Dismiss (Document No. 5, filed October 30, 2013), Plaintiff's Motion for Enlargement of Time to Respond to and/or Supplement Plaintiff's Response to Defendants' Motion and for Leave to Conduct Discovery (Document No. 7, filed November 6, 2013), Plaintiff's Response in Opposition to Defendants, Marriott International, Inc., Detroit Hotel Services, LLC and Marriott Hotel Services, Inc.'s Motion to Dismiss (Document No. 8, filed November 7, 2013), Marriott Defendants and Detroit Hotel Services, LLC Response to Plaintiff's Motion for Enlargement of Time to Respond to and/or Supplement Plaintiff's response to Defendants' Motion and for Leave to Conduct Discovery (Document No. 11, filed November 20, 2013), and Marriott Defendants and Detroit Hotel Services LLC's Reply in Support of Marriott Defendants' Motion to Dismiss and Marriott Defendants and Detroit Hotel Services, LLC's Motion to Transfer (Document No. 15, filed November 22, 2013), **IT IS ORDERED** as follows:

1. Marriott Defendants' Motion to Dismiss and Marriott Defendants' and Detroit Hotel Services, LLC's Motion to Transfer is **DENIED**;

2. Defendant Lowenstein, Inc.'s Motion to Join in Defendant Marriott International, Inc. and Marriott Hotel Services, Inc.'s Motion to Dismiss is **DENIED**; and

3. Plaintiff's Motion for Enlargement of Time to Respond to and/or Supplement Plaintiff's Response to Defendants' Motion and for Leave to Conduct Discovery is **DENIED** as moot.

**IT IS FURTHER ORDERED** that plaintiff is **GRANTED LEAVE** to file, within twenty (20) days, an amended complaint adding allegations of apparent agency if warranted by the facts and applicable law.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled by the Court in due course.

**BY THE COURT:**

/s/ Jan E. DuBois
**DuBOIS, JAN E., J.**
